IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| DWAYNE NESBIT,<br><br>Plaintiff,<br><br>vs.<br><br>BRIANNA LINN SMITH, FARM BUREAU INSURANCE COMPANY OF IDAHO, and JOHN DOES 1-4,<br><br>Defendants, | CV 25-204-M-KLD<br><br>ORDER |

The parties have filed a Stipulated Motion to Dismiss with Prejudice. (Doc. 22). Accordingly, and good cause appearing,

IT IS ORDERED that this matter is hereby dismissed with prejudice, each party to pay their own attorney's fees and costs.

DATED this 3rd day of March, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1